IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————————

No. 99-30861
Summary Calendar

———————————————

MYRTLE M. ROBINSON,

Plaintiff-Appellant,

versus

KENNETH S. APFEL, COMMISSIONER OF SOCIAL SECURITY,

Defendant-Appellee.

———————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 98-CV-1287

———————————————

June 6, 2000

Before GARWOOD, BENAVIDES and DENNIS, Circuit Judges.

PER CURIAM:[*]

Myrtle M. Robinson appeals the district court's affirmance
of the Social Security Commissioner's denial of supplemental
security income.  She contends that the Administrative Law
Judge's (ALJ) finding that her nonexertional mental impairment
was non-severe violated the remand order of the Appeals Council,
contravenes governing case law, and is not supported by the

_____

[*]Pursuant to 5TH CIR. R. 47.5 the Court has determined that this
opinion should not be published and is not precedent except under
the limited circumstances set forth in 5TH CIR. R. 47.5.4.

evidence.  Robinson also avers that the ALJ failed to combine her mental impairment with her other impairments found severe at Step 2 of the sequential process and erred by relying solely on the Medical Vocational Guidelines to deny benefits at Step 5 of the sequential process.

Based upon a careful review of the record, the briefs, and applicable law, we conclude both that there was substantial evidence in the record to support the Commissioner's decision that Robinson was not disabled at any point during the relevant period and that the Commissioner used proper legal standards in evaluating the evidence.  *See villa v. Sullivan*, 895 F.2d 1019, 1021 (5th Cir. 1990).  The district court's judgment is AFFIRMED.